IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                       Case No. 4:13CR00061-001 KGB

SHERDAN MOSLEY                                                              DEFENDANT

## ORDER

At the request of defense counsel, the change of plea scheduled for Thursday, March 20, 2014, is removed from this Court's calendar and will be reset by amended notice.

SO ORDERED this 13th day of March, 2014.

                                                Kristine G. Baker
                                                United States District Judge